# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL NO. 3:04-cv-258-W

| | |
|---|---|
| SHERILLE BARBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| THE FAMILY CENTER, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court has been advised that the parties have settled all matters in controversy among them. Therefore, the parties are directed to file their Stipulation of Dismissal on or before 2:00 p.m. on December 22, 2006. Should the parties be unable to comply with the deadline in this Order, counsel for the parties should appear at the scheduled 2:00 p.m. conference on December 22, 2006, absent further order from this Court.

IT IS SO ORDERED.

Signed: December 12, 2006

Frank D. Whitney
United States District Judge